# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134756(48)(49)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 134756
                                COA: 267971

ALPHONSO HERNANDEZ-ORTA,
      Defendant-Appellant.
                                Clinton CC: 95-005901-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's March 7, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WEAVER, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

d0721

_____
Clerk